[Nos. 2530 and 2532.  Decided August 28, 1897.]

THE CITY OF NEW WHATCOM, *Respondent,* v. BELLING-
HAM BAY IMPROVEMENT COMPANY, *Appellant.*

Appeal from Superior Court, Whatcom County.—Hon. JOHN
R. WINN, Judge. Affirmed.

*Newman & Howard,* for appellant.

*T. E. Cade, D. W. Freeman,* and *Kerr & McCord,* for respondents.

*Per Curiam.*—This case falls within one between the same
parties heretofore decided, reported in 16 Wash. 131 (47 Pac. 236),
and is accordingly affirmed.

---

[No. 2641.  Decided September 20, 1897.]

CLARA BERNIER, *Appellant,* v. JOHN BERNIER, *Re-
spondent.*

Appeal from Superior Court, Skagit County.—Hon. HENRY
McBRIDE, Judge. Affirmed.

*Key Pittman,* for appellant.

*E. C. Million,* for respondent.

*Per Curiam.*—This cause comes here on appeal from an order
of the superior court of Skagit county, approving and allowing
the final account of appellant as administratrix of the estate of
Alfred Bernier, deceased.  Several of the findings of the lower
court were excepted to as being " contrary to the evidence and
facts in the matter as adduced at the hearing."  But no statement
of facts has been brought to this court and the evidence upon
which the findings were made has not been preserved in the
record.  The findings support and fully sustain the order appealed
from and the record does not present any question for our con-
sideration.  It follows that the order must be, and it is affirmed.

Owing to the material variation in dimensions of the respond-
ent's brief from those prescribed by the rules, no costs will be
allowed therefor.